UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GENE W. MILLER, :
         Petitioner, :
          :
    v. : No. 2:16-CV-5041
          :
WARDEN MR. MOONEY and DISTRICT :
ATTORNEY of PHILADELPHIA COUNTY, :
         Respondents. :

## O R D E R

**AND NOW**, this 19th day of December, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The revised habeas petition, ECF No. 5, is **DISMISSED**;

2. There is no basis for the issuance of a certificate of appealability;[1] and

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Reasonable jurists would not find it debatable or wrong that the habeas petition is time-barred. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (holding that for a certificate of appealability to issue when a habeas petition has been dismissed on procedural grounds, a petitioner must make a substantial showing of the denial of a constitutional right and show that jurists of reason could conclude that the dismissal was debatable or incorrect).